**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WILLIE EARL CARR,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br>Administration,<br><br>      Defendant. | Case No. 18-CV-272-FHM |

## OPINION AND ORDER

Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, [Dkt. 22], is before the court for decision.

The Tenth Circuit reversed the decision of this court and affirmed the administrative decision denying benefits. [Dkt. 33, 35] Accordingly, Plaintiff is not the prevailing party in this case and is not entitled to an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 USC § 2412(d). Therefore, Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, [Dkt. 22], is DENIED.

SO ORDERED this 12th day of August, 2020.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE