**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

WILLIE EARL CARR,

                Plaintiff,

vs.

                                         Case No. 18-CV-272-FHM

ANDREW SAUL,
Commissioner of Social Security
Administration,

                Defendant.

## ORDER

The Commissioner's decision is hereby AFFIRMED in accordance with the Tenth

Circuit Court of Appeals Order entered June 15, 2020, whose Mandate was filed in this

Court on August 7, 2020.

SO ORDERED this 17th day of August, 2020.

*Frank H. McCarthy*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE