IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

WILLIE EARL CARR,

        Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social Security
Administration,

        Defendant.

Case No. 18-CV-272-FHM

## JUDGMENT

Judgment is hereby entered for the Defendant and against Plaintiff.

DATED this 17th day of August, 2020.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE